**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-2411**

FLOSSIE A. OBBO DUKU,

                Plaintiff - Appellant,

     v.

ADMINISTRATIVE LAW JUDGE BONNIE HANNAN, SOCIAL SECURITY
ADMINISTRATION,

                Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at
Alexandria.  Leonie M. Brinkema, District Judge.  (1:19-cv-01314-LMB-MSN)

Submitted:  July 21, 2020                       Decided:  July 23, 2020

Before AGEE, DIAZ, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Flossie A. Obbo Duku, Appellant Pro Se.  Kimere Jane Kimball, Assistant United States
Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Flossie Duku appeals the district court's order dismissing her complaint in which she sought to raise claims of defamation, perjury, and improper adjudication of disability benefits against a Social Security Administration Administrative Law Judge. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Duku's informal brief does not challenge the basis for the district court's disposition, Duku has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
